United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNIE MORA, | ) Case No.: 13-CV-04198-LHK |
| Plaintiff, | ) ORDER REQUIRING THAT |
| v. | ) PLAINTIFF FILE AMENDED |
| | ) COMPLAINT WITHIN THIRTY DAYS |
| MONTEREY COUNTY CHILD SUPPORT SERVICES, SANTA CRUZ COUNTY CHILD SUPPORT SERVICES, | ) |
| Defendants. | ) |

The Court filed an order earlier today denying Bernie Mora's Application to Proceed In Forma Pauperis and dismissing his action for lack of subject matter jurisdiction without prejudice. ECF No. 4. Should Mora choose to file an amended complaint, he must do so within thirty days of the date of this order. Otherwise, his case will be dismissed with prejudice. Should Mora's amended complaint fail to establish that this Court has subject matter jurisdiction over his claim, his amended complaint will be dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: September 23, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-04198-LHK
ORDER REQUIRING THAT PLAINTIFF FILE AMENDED COMPLAINT WITHIN THIRTY DAYS