United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BERNIE MORA, | ) Case No.: 13-CV-04198-LHK |
| Plaintiff, | ) ORDER DISMISSING CASE |
| v. | ) |
| MONTEREY COUNTY CHILD SUPPORT SERVICES, SANTA CRUZ COUNTY CHILD SUPPORT SERVICES, | ) |
| Defendants. | ) |

In its last Order, the Court instructed Mora that should he "choose to file an amended complaint, he must do so within thirty days of the date of this order. Otherwise, his case will be dismissed with prejudice." ECF No. 5. Thirty days have passed since the date of that Order, and Mora has not yet filed an amended complaint. Thus, the Court dismisses his case with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 28, 2013

_____
LUCY H. KOH
United States District Judge

1
Case No.: 13-CV-04198-LHK
ORDER DISMISING CASE WITH PREJUDICE